

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00411-CR

| | | |
|---|---|---|
| Steven Dale McCain | § | From the 372nd District Court |
| | § | of Tarrant County (1373308D) |
| v. | § | March 15, 2018 |
| | § | Opinion by Justice Kerr |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
　　Justice Elizabeth Kerr